# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 16-50348
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**

January 20, 2017

Lyle W. Cayce
Clerk

Cons w/No. 16-50349

UNITED STATES OF AMERICA,

　　　　Plaintiff–Appellee,

v.

JESUS SOTELO-DURAN,

　　　　Defendant–Appellant.

————

Appeals from the United States District Court
for the Western District of Texas
USDC No. 2:11-CR-1834-2
USDC No. 2:10-CR-351-2

————

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:[*]

　　The Federal Public Defender appointed to represent Jesus Sotelo-Duran has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d

———

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-50348
Cons. w/No. 16-50349

229 (5th Cir. 2011).  Sotelo-Duran has filed a response.  We have reviewed counsel's brief and the relevant portions of the records reflected therein, as well as Sotelo-Duran's response.  We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED.  *See* 5TH CIR. R. 42.2.